GEORGE F. FITZGERALD, Respondent, *v.* WESTCHESTER COUNTY BREWING COMPANY et al., Appellants.

*Fitzgerald* v. *Westchester County Brewing Co.*, 171 App. Div. 674, affirmed

(Submitted October 31, 1918; decided November 19, 1918 )

ʼ APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 19, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel the transfer to the plaintiff of a liquor tax certificate. Plaintiff leased his saloon premises with a provision in the lease that the⸱ liquor tax certificate should not be transferred without his consent. ⸱⸱ The lessee, without the knowledge of plaintiff, assigned the certificate to the defendant brewing company. Thereafter the brewing company, with knowledge of the restrictions in the lease, acting under the assignment and power of attorney from the tenant, filed with the deputy excise commissioner for Westchester county a notice of abandonment of the leased premises in favor of a transfer to other premises.

*Jacob A. Bernstein* for appellants.
*Arthur I. Strang* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ.